## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 4/22/14**

In re:   Case No.:   12–18579 RAG   Chapter:   13

Bryan Jay Mullaney                                   Clarissa Lou Mullaney
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 35 – Joint Assignment of Claims Transfer Agreement 3001 (e) 2 Transferor: Capital One, N.A. (Claim No. 12) To eCAST Settlement Corporation Fee Amount $25 Filed by eCast Settlement Corporation. (Torres, Rita) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 5/6/14.** |
| CURE: | The filing fee of $25 for Transfer of Claim must be paid. (28 U.S.C. §1930) |

Any filing fee may be paid in cash, by money order or certified check. For the Motion to Appear Pro Hac Vice, write the check payable to Clerk, U.S. District Court. For all other fees, write the check payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

U.S. Bankruptcy Court                U.S. Bankruptcy Court
Garmatz Federal Courthouse           U.S. Courthouse
101 W. Lombard Street, Suite 8530    6500 Cherrywood Lane, Suite 300
Baltimore, MD 21201                  Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Vicky Harper  410–962–4075

cc:   Debtor(s)
      Attorney for Debtor(s) – Thaddeus Jay Holmquist
      Authorized Representative – Rita Torres

Form defntc (11/2013)